IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

PLASTIC RESEARCH AND
DEVELOPMENT CORPORATION,
an Arkansas Corporation, and
EBSCO INDUSTRIES, INC., a
Delaware Corporation                                          PLAINTIFFS

v.                          No. CIV 2005-2163

HOUSTON CASUALTY COMPANY,
a Texas Corporation                                          DEFENDANT

## AGREED ORDER

On this the ⁴ᵗʰ day of August, 2006, the parties announce to the court that

Plaintiffs in this action have filed a Motion to Compel discovery and have agreed that

Defendant shall have until August 21, 2006, to respond to the Motion to Compel. The

Court, having notice of agreement of counsel, therefore grants Defendant until August 21,

2006, to respond to Plaintiffs' Motion designated above.

IT IS SO ORDERED.

Robert T. Dawson
United States District Judge

APPROVED:

/s/ Gregory S. Smith

Gregory G. Smith, Arkansas Bar No. 78143
Dusti Miller, Arkansas Bar No. 2005211
PRYOR, ROBINSON & BARRY, PLLC
P. O. Drawer 848
Fort Smith, AR 72702-0848
Phone: 479.782.8813
Fax: 479.785.0254
ggs@prblaw.com
Attorneys for Plaintiffs

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 0 4 2006

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

/s/ Robert L. Jones, III

Robert L. Jones, III, Arkansas Bar No. 69041

JONES & HARPER
P. O. Box 8070
Fort Smith, AR 72902-8070
Phone: 479.783.1887
Fax: 479.783.4015
rjones@joneslawfirm.com
Attorneys for Defendant