IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PLASTIC RESEARCH AND
DEVELOPMENT CORPORATION, an
Arkansas Corporation and EBSCO
INDUSTRIES, Inc., a Delaware Corporation                                                                                                                                                                                                                                                                                                                                              PLAINTIFFS

v.                              CASE NO. 05-2163

HOUSTON CASUALTY COMPANY,
a Texas Corporation                                                        DEFENDANT

**O R D E R**

This case is before the Court on an appeal from the Magistrate Judge's Decision to deny Plaintiffs Motion to Compel. (Doc. 40 and Docs. 41-43). This Court previously referred the Motion to the Honorable Beverly S. Jones, United States Magistrate Judge. (Docs. 11 and 12). The Magistrate entered her Order denying the Motion to Compel (Doc. 31). After additional briefing, the Magistrate reconsidered her Order, and after reconsideration, the Motion was again denied. (Doc. 37). Plaintiff EBSCO now appeals the denial of the Motion to Compel Discovery to the District Court.

Pursuant to 28 U.S.C. § 636(b)(1)(A), pretrial matters can be referred to a Magistrate Judge. Under Local Rule 72.1 (VII) (B), in all matters so delegated, the Magistrate's decision is final and binding, subject only to a right of appeal to the presiding District Judge. The District Judge will affirm the Magistrate Judge's findings unless they are found to be clearly erroneous or contrary to law.

The Court has reviewed the documents and finds that the Magistrate Judge's Order (Doc. 37) is not clearly erroneous or contrary to law. Accordingly, the Order of the Magistrate Judge is

AFFIRMED. Plaintiffs' Objections (Doc. 40) to the Magistrate's Order denying Plaintiffs' Motion to Compel are DENIED.

Dated: October 16, 2006

                 */s/ Robert T. Dawson*
                 Robert T. Dawson
                 United States District Judge