IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PLASTIC RESEARCH AND DEVELOPMENT
CORPORATION, an Arkansas Corporation, and
EBSCO INDUSTRIES, INC., a Delaware Corporation            PLAINTIFFS

v.            Civil No. 05-2163

HOUSTON CASUALTY COMPANY,
a Texas Corporation            DEFENDANT

**O R D E R**

Plaintiff's motion for *in camera* review of Claim Notes is hereby granted. Defendant is directed to forward the documents to the court for inspection within five (5) days of receipt of this order.

IT IS SO ORDERED this 16th day of October 2006.

/s/Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE